UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE, | ) ) | |
| Plaintiff | ) | 1:17-CV-2286 |
| v. | ) | |
| TECH ROOF PROS, INC., ET AL, | ) ) | Appearing on behalf of: |
| Defendant | ) ) | FURNITURE RENTALS, INC. Defendant |

## APPLICATION FOR ADMISSION PRO HAC VICE

  **Petitioner, Ralph Jonathan Hart,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that he is a member in good standing of the Federal Bar, and/or the highest Court of the State as listed below in this application. **Petitioner** states further that he is eligible for admission under Local Rule 83.1A and that he currently resides in and maintains an office for the practice of law in the State of Georgia. **Petitioner** requests that he be admitted *pro hac vice* until such time as he may file an application for admission before the United States District Court for the Northern District of Georgia. **Petitioner** states that he has provided all information requested on the subsequent pages of this application. **Petitioner** designates **Sally Akins** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

  This 15th day of August, 2017.

                                                        ___/s/ Ralph Jonathan Hart__
                                                          Signature of Ralph Jonathan Hart

**1:17-CV-2286**

## COURTS TO WHICH PETITIONER IS ADMITTED

Chatham County, Georgia Superior Court ; Georgia Court of Appeals ; Supreme Court of Georgia ; South Carolina Court of Common Pleas ; South Carolina Court of Appeals ; Supreme Court of South Carolina ; Federal District Court- Southern District of Georgia ; Eleventh Circuit Court of Appeals ; Supreme Court of the United States

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

**Attorney has not previously appeared in any cases in the Northern District of Georgia.**

## PETITIONER INFORMATION

| | |
|---|---|
| **Name of Petitioner:** | Ralph Jonathan Hart |
| **Residence Address:** | 35 Romerly Road West |
| | Savannah, GA 31411 |
| **Business Address:** | Hart and Associates |
| | 6349 Abercorn Street |
| | Savannah, GA 31405 |
| **Business Phone:** | (912)355-6644 |
| **Email Address:** | Jon@HartLawSav.com |

**1:17-CV-2286**

## **CONSENT OF DESIGNATED LOCAL COUNSEL**

I, **Sally Akins**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 15th day of August, 2017.

| | |
|---|---|
| 086640 | ___/s/ Sally Akins__ |
| GA Bar Number | Signature of Sally Akins |
| | |
| | Sally Akins |
| (912)233-9700 | Ellis, Painter, Ratterree & Adams |
| Business Telephone | 2 East Bryan Street |
| | 10th Floor |
| | Savannah, GA 31401 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE, | ) ) | |
| Plaintiff | ) | 1:17-CV-2286 |
| v. | ) | |
| TECH ROOF PROS, INC., ET AL, | ) ) | |
| Defendant | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Ralph Jonathan Hart** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE